**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID SAMUEL, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. _____ |
| *Plaintiff*, | ) | |
| | ) | Principal case pending in the |
| v. | ) | United States District Court for the |
| | ) | Southern District of New York, |
| JOHN DOES, | ) | Case No. 1:18-cv-01593 |
| | ) | |
| *Defendants*. | ) | |

## CORPORATE DISCLOSURE AND NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1(a), Respondent Cboe Global Markets, Inc. ("Cboe") states that the following companies own more than 10% of Cboe's stock: T. Rowe Price Associates, Inc.; The Vanguard Group.

Pursuant to Local Rule 3.2, Cboe states that, in addition to the companies listed above, the following companies own more than 5% of Cboe's stock: BlackRock, Inc.; FMR LLC.  Because FMR LLC is not a Cboe entity and FMR LLC's Operating Agreement is not a public document, Cboe has not identified FMR LLC's members.

Dated: May 4, 2018                         Respectfully submitted,

/s/ Reid J. Schar

Reid J. Schar
Gregory M. Boyle
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
rschar@jenner.com
gboyle@jenner.com

*Counsel for Respondent Cboe Global Markets, Inc.*