**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID SAMUEL, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. _____ |
| v. | ) ) ) | Principal case pending in the United States District Court for the Southern District of New York, |
| JOHN DOES, | ) ) | Case No. 1:18-cv-01593 |
| *Defendants*. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the following to be served on counsel of record via e-mail and overnight mail: (1) Civil Cover Sheet; (2) Reid J. Schar's Attorney Appearance Form; (3) Gregory M. Boyle's Attorney Appearance Form; (4) Corporate Disclosure Statement and Notification of Affiliates; (5) Motion to Quash Subpoena; and (6) Memorandum in Support of Motion to Quash Subpoena.

ATTORNEYS FOR PLAINTIFF:

Sharan Nirmul
Kimberly A. Justice
Joseph H. Meltzer
Geoffrey C. Jarvis
Samantha Holbrook
Joshua A. Materese
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Dated: May 4, 2018

Respectfully submitted,

/s/ Reid J. Schar

Reid J. Schar
Gregory M. Boyle
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
rschar@jenner.com
gboyle@jenner.com

*Counsel for Respondent Cboe Global Markets, Inc.*